IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

OMAR F. BARNES,
    Petitioner,

vs.                                       3:09cv360/MCR/MD

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,
    Respondent.
_____

**O R D E R**

This cause is before the court upon respondent's answer to petition for writ of habeas corpus (doc. 22). Before the court rules on this matter, the petitioner shall have an opportunity to respond.

Accordingly, it is ORDERED:

Petitioner shall have twenty-eight (28) days from the date this order is entered on the docket in which to reply to the answer filed by respondent.

DONE AND ORDERED this 13th day of May, 2010.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE