IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

OMAR F. BARNES,
    Petitioner,

vs.                                            Case No.:  3:09cv360/MCR/EMT

SECRETARY, FLA. DEP'T OF CORR.,
    Respondent.
_____/

## O R D E R

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 27, 2011 (doc. 38).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The court has made a _de novo_ determination of the timely filed objections (doc. 40).

      Having considered the Report and Recommendation, the objections, and the record, the court determines that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

      2.    The petition for writ of habeas corpus (doc. 1) is **DENIED**.

      3.    A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 22nd day of November, 2011.

_M. Casey Rodgers_
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**